IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:13cr00031-013 |
| | ) | |
| Plaintiff, | ) | JUDGE: JAMES S. GWIN |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PATRICK CORRIGAN aka PATRICK MARFLAK, | ) ) | |
| | ) | |
| Defendant. | ) | |

This matter was heard on May 21, 2015, upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Edward LaRue.

The violation report [Doc. 293] was referred to Magistrate Judge Greg White who issued a Report and Recommendation [Doc. 335] on April 30, 2015.  No objections having been filed to the Report and Recommendation, the Court found that the following terms of supervision had been violated:

      1) failure to report change of address;

      2) failure to report as instructed;

      3) illicit drug use;

      4) illicit drug use.

Therefore, the defendant is committed to the Bureau of Prisons for a term of three months

with credit for time served in federal custody on the instant offenses.  Upon release from incarceration defendant shall serve an additional two years of supervised release under the conditions earlier imposed along with the added condition that defendant participate in an outpatient mental health treatment program.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: May 22, 2015                                                      s/    *James S. Gwin*
                                                                                         JAMES S. GWIN
                                                                                         UNITED STATES DISTRICT JUDGE