**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:13CR00031-013** |
| | ) | |
| Plaintiff, | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **PATRICK CORRIGAN,** | ) | |
| | ) | |
| Defendant. | ) | |

      This matter was heard on August 29, 2016 upon the request of the United States Pretrial and Probation Office for a finding that defendant violated the conditions of supervised release. The defendant was present and represented by Attorney Edward R. LaRue.

      The violation report was referred to Magistrate Judge Thomas M. Parker who issued a Report and Recommendation on August 4, 2016 [Doc. 387]. No objections having been filed the Court adopted the Magistrate Judge's Report and Recommendation and found that the following terms of supervision had been violated:

      1) failure to comply with drug testing and treatment;

      2) failure to report to the Probation Office.

      The Court found the violations to be Grade C and that defendant was a Criminal History Category III.

      The Court, upon consideration of the 3553(a) factors, committed defendant to the Bureau of Prisons for a term of 4 months with credit for time served in federal custody on the instant

violations.  Upon release from incarceration, defendant's term of supervision shall terminate.

The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.

IT IS SO ORDERED.


Dated: August 30, 2016                               *s/     James S. Gwin*
                                                     JAMES S. GWIN
                                                     UNITED STATES DISTRICT JUDGE